*Otis J. Baughn* for respondent.

No. 246.   TOBIN *v.* UNITED STATES.   October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.   *Mr. Ode L. Rankin* for petitioner.   *Acting Solicitor General Judson* and *Mr. Robert S. Erdahl* for the United States.

No. 247.   POPE & TALBOT, INC. *v.* MATSON NAVIGATION Co.   October 8, 1945.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Ira S. Lillick* and *Joseph J. Geary* for petitioner. *Mr. Maurice E. Harrison* for respondent.

No. 248.   HEFFRON, TRUSTEE, *v.* HAMAKER ET AL.   October 8, 1945.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.   *Mr. Thomas S. Tobin* for petitioner.   *Mr. James J. Broz* for respondents.

No. 250.   COLLINS ET AL. *v.* SEIFRIED.   October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.   *Mr. Roy Massena* for petitioners.   *Mr. Sveinbjorn Johnson* for respondent. *Acting Solicitor General Judson* and *Mr. Roger S. Foster* filed a memorandum on behalf of the Securities & Exchange Commission, as *amicus curiae,* in support of the petition.

No. 257.   WRIGHT *v.* BOARD OF PUBLIC INSTRUCTION. October 8, 1945.   Petition for writ of certiorari to the Cir-